# CAN DUSTER
## ~ 500 lb. capacity (approximate) ~

I. Options:


**OPTION 1: WHEELS**


**OPTION 2: STATIONARY STAND**

II. Parts:


FRONT VIEW — RIGHT SIDE


AIR SUPPLY ASS'Y


CHUTE ASS'Y — VENTURI ASS'Y

III. Instructions:
- Position Can Duster on level, stable ground/base
- Attach application hose (not provided) to Venturi Assembly
- Confirm air valve on Can Duster is <u>closed</u>
- Attach air supply line to Can Duster
- Remove barrel lid and add material to hopper
- Close and latch barrel lid
- Slowly open air valve to allow flow of material to begin
- Continue to open air valve to achieve desired material flow
- Reverse procedure when application is complete


EXHIBIT B

CAN DUSTER – Parts / Operation Manual — Page 1 of 1

Revision 1, 82615