IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**HAFCO FOUNDRY AND MACHINE COMPANY, INC.,**

           **Plaintiff,**

**v.**

**GMS MINE REPAIR AND MAINTENANCE, INC.,**

           **Defendant.**

Civil Action No. 1:15-cv-16143
(Judge David A. Faber)

## PLAINTIFF'S MOTION FOR THE COURT TO CONDUCT EARLIER FINAL SETTLEMENT CONFERENCE

Comes now Plaintiff, Hafco Foundry and Machine Company, Incorporated ("Plaintiff" or "Hafco"), and submits the instant Motion for the Court to Conduct an Earlier Final Settlement Conference. For the reasons set forth herein, Hafco respectfully requests that this Motion be granted.

Pursuant to the Court's Scheduling Order in this matter entered on June 17, 2016, a Final Settlement Conference is scheduled to be held on March 7, 2017, at 10:00 a.m.; one day prior to the start of the trial of this matter. It is Plaintiff's contention that Defendant's liability in this matter for infringement, including, willful infringement, is clear. Nonetheless, settlement discussions to this point have proved fruitless. Therefore, while Plaintiff is fully committed to proceeding to trial, if there is any potential to settle this matter, a Final Settlement Conference with the Court prior to March 7, 2017, could be helpful to all concerned.

Given the fact that the principal witnesses of Plaintiff are located in New Jersey, it would be counsel's preference to meet and prepare those witnesses for trial on March 7, 2017, rather than appear for a settlement conference. Plaintiff also suggests that the intervention of the Court in the settlement process would be beneficial given the inability of the parties to achieve any progress on settlement to this point. Conducting the Final Settlement Conference on March 7 (as scheduled) likely would require witness preparation to be accelerated to begin on March 6, resulting in the parties incurring additional trial preparation costs.

Plaintiff would suggest that the Court conduct the Final Settlement Conference as part of the Pretrial Conference scheduled for February 14, 2017, at 2:00 p.m. If no settlement is achieved at that point, it would be definitive that the parties will need to proceed to trial to resolve their differences. The risk could be averted that significant costs are incurred in the March 5-6 timeframe and then a settlement occurs on March 7 because of the Court's participation in the settlement process.

As noted, conducting the Final Settlement Conference on February 14 will definitively determine whether or not a trial of this matter will be necessary. Doing so also will alleviate the potential of Plaintiff incurring unnecessary costs if a settlement were to occur if the Final Settlement Conference was held the day before the beginning of the trial. More than likely, having the Final Settlement Conference on February 14 would benefit Defendant in a similar fashion.

**WHEREFORE**, for the reasons set forth herein, Plaintiff respectfully requests that the Final Settlement Conference of this matter be held on February 14, 2017, rather than March 7, 2017.

Respectfully submitted,
Hafco Foundry and Machine
Company, Inc.,

By Counsel.

By: */s/ Andrew G. Fusco*
 Andrew G. Fusco (WV Bar No. 1317)
 Jeffrey A. Ray (WV Bar No. 6368)
 Bowles Rice, LLP
 7000 Hampton Center, Suite K
 Morgantown, West Virginia 26505
 (304) 285-2500

  -and-

 Ross M. Bagley (admitted *pro hac vice*)
 PRYOR CASHMAN LLP
 7 Times Square
 New York, New York 10036
 (212) 421-4100

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Bluefield Division

| | |
|---|---|
| **HAFCO FOUNDRY AND MACHINE COMPANY, INC.,** | |
| **Plaintiff,** | |
| v. | Civil Action No. 1:15-cv-16143 |
| **GMS MINE REPAIR AND MAINTENANCE, INC.,** | |
| **Defendant.** | |

### CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff, Hafco Foundry and Machine Company, Inc., hereby certifies that the foregoing **Plaintiff's Motion for the Court to Conduct Earlier Final Settlement Conference** was this day electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Dated this 2nd day of February, 2017.

                                                 */s/ Andrew G. Fusco*
                                                 Andrew G. Fusco (WV Bar No. 1317)