```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

HAFCO FOUNDRY AND MACHINE
COMPANY, INCORPORATED,

    Plaintiff,

v.                          CIVIL ACTION NO. 1:15-16143

GMS MINE REPAIR AND
MAINTENANCE, INC.,

    Defendant.

## O R D E R

This case was tried to a jury on May 15, 16, and 17, 2017, in Charleston.  Following deliberation, the jury answered "yes" to the following interrogatories:

1. Do you find by a preponderance of the evidence that Defendant GMS infringed Hafco's '684 Patent?

2. Do you find by a preponderance of the evidence that Defendant GMS's infringement of the '684 Patent was willful?

The jury awarded damages to the plaintiff against the defendant in the amount of $123,650.00

It is hereby ORDERED that judgment is entered on the jury verdict this date.

The Clerk is directed to remove this case from the active docket and to send a copy of this Order to counsel,

      IT IS SO ORDERED this 18th day of May, 2017.

                    ENTER:

                    *David A. Faber* (signature)
                    David A. Faber
                    Senior United States District Judge