FILED
MAY 1 8 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

HAFCO FOUNDRY AND MACHINE
COMPANY, INCORPORATED,

    Plaintiff,

v.                            CIVIL ACTION NO. 1:15-16143

GMS MINE REPAIR AND
MAINTENANCE, INC.,

    Defendant.

## VERDICT FORM

We, the jury, find as follows:

1. Do you find by a preponderance of the evidence that Defendant GMS infringed Hafco's `684 Patent?

    Yes   __X__         No   _____

IF THE ANSWER TO QUESTION NO. 1 IS "YES", PLEASE ANSWER QUESTIONS NO. 2 AND 3.  IF THE ANSWER TO QUESTION NO. 1 IS "NO", YOU DO NOT NEED TO ANSWER ANY ADDITIONAL QUESTIONS.

2. What is the total dollar amount of damages that Hafco has proven by a preponderance of the evidence?

    $ __123,650.00__

3. Do you find by a preponderance of the evidence that Defendant GMS's infringement of the `684 Patent was willful?

    Yes   __X__         No   _____

_____        __5/17/17__
Foreperson                    Date